UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SASCO ELECTRIC,                                             CASE NO. CV-F-04-6036 LJO

               Plaintiff,                                **ORDER AFTER SETTLEMENT**

vs.

DEVELOPERS SURETY AND
INDEMNITY COMPANY, et al.,

               Defendants.
_____/

Settlement was reached at the June 30, 2005 settlement conference. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than July 26, 2005, to file papers to dismiss this action in its entirety.

**All court dates**, including the August 2, 2003 trial, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:    July 1, 2005**                                          **/s/ Lawrence J. O'Neill**
66h44d                                                         UNITED STATES MAGISTRATE JUDGE