Benjamin A. Johnson, SBN 114901
Simon A. Mazzola, SBN 197640
**QUADROS & JOHNSON, LLP**
Attorneys at Law
247 North San Mateo Drive
San Mateo, California 94401
Telephone: (650) 377-4300
Facsimile: (650) 573-1387

Attorneys for Plaintiff SASCO ELECTRIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>SASCO ELECTRIC, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation, MATRIX ENGINEERS & CONTRACTORS, INC., a corporation origin unknown, and DOES 1-25,<br><br>        Defendants. | **Case No.   F-04-6036 REC LJO**<br><br>**JOINT REQUEST FOR DISMISSAL; ORDER**<br><br>Dept.:         #6<br>Before:      Hon. Lawrence J.<br>               O'Neill<br>               U.S. Magistrate Judge<br><br>**FED. R. CIV. P. 41(a)(1)** |

COMES NOW PLAINTIFF SASCO ELECTRIC and DEFENDANTS

DEVELOPERS SURETY AND INDEMNITY COMPANY and MATRIX ENGINEERS

& CONTRACTORS, INC. and, pursuant to the Stipulation to Settle this matter entered

into the Court's record on June 30, 2005, request this Court dismiss this matter with

prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  July 26, 2005                QUADROS & JOHNSON, LLP


                                     By:    _____/s/_____
                                            Simon A. Mazzola
                                            Attorneys for Plaintiff, SASCO ELECTRIC



Dated:  July 27, 2005                LAW OFFICES OF J. MICHAEL PISIAS, JR.


                                     By:    _____/s/_____
                                            JASON Z. JUNGREIS
                                            Attorneys for Defendants, DEVELOPERS
SURETY

                                            AND INDEMNITY COMPANY and MATRIX
                                            ENGINEERS & CONTRACTORS, INC.


        GOOD CAUSE APPEARING, this matter is hereby dismissed with prejudice, with

each side to bear its own attorneys' fees and costs.



        IT IS SO ORDERED.

        **Dated:   August 2, 2005**         _____/s/ Lawrence J. O'Neill_____
        b9ed48                              UNITED STATES MAGISTRATE JUDGE